ORAL ARGUMENT IS NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                      )
**BROOKFIELD WHITE PINE**              )
**HYDRO LLC,**                         )
                                      )
           Petitioner,       )    No. 23-1075
                                      )
        v.                          )
                                      )
**FEDERAL ENERGY REGULATORY**          )
**COMMISSION,**                        )
                                      )
           Respondent.       )
_____)

On Petition for Review of Agency Action
by the Federal Energy Regulatory Commission

_____

**PETITIONER'S NON-BINDING
STATEMENT OF ISSUES TO BE RAISED**

_____

Pursuant to this Court's Order entered on March 21, 2023, Petitioner Brookfield White Pine Hydro LLC respectfully submits this Non-Binding Statement of Issues To Be Raised:

    1. Whether Respondent Federal Energy Regulatory Commission erred when it decided that the denial issued by the Maine Department of Environmental Protection of Petitioner's request for water quality

certification under Section 401 of the Clean Water Act ("CWA"), 33 U.S.C. § 1341(a), satisfied the requirements of the CWA regulations, 40 C.F.R. § 121.7(e).

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>*/s/ Julia S. Wood*<br>Julia S. Wood |
| Matthew S. Warner<br>PRETI FLAHERTY BELIVEAU & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, Maine 04112<br>(207) 791-3000<br>mwarner@preti.com | Sharon L. White<br>ROCK CREEK ENERGY GROUP<br>1 Thomas Circle, NW, Suite 700<br>Washington, DC 20005<br>(202) 998-2770<br>jwood@rockcreekenergygroup.com<br>swhite@rockcreekenergygroup.com<br><br>*Counsel for Petitioner Brookfield White Pine Hydro LLC* |

Dated: April 20, 2023

2

# CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that, on April 20, 2023, I caused the forgoing document to be electronically filed using the Court's CM/ECF system, which automatically provides email notification of the filing to the attorneys of record in the above captioned docket.

*/s/ Julia S. Wood*
Julia S. Wood
ROCK CREEK ENERGY GROUP
1 Thomas Circle, NW, Suite 700
Washington, DC 20005
(202) 998-2770
jwood@rockcreekenergygroup.com

*Counsel for Petitioner Brookfield White Pine Hydro LLC*

Dated: April 20, 2023