## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Brookfield White Pine Hydro LLC, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 23-1075 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| Respondent. | ) | |

## MOTION FOR A SIXTY-DAY BRIEFING
## PERIOD FOR RESPONDENT

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission (Commission) moves this Court to include in its briefing schedule a period of 60 days between the filing of Petitioner's opening brief and the Commission's brief in response. Counsel for the Commission contacted counsel for Petitioner and Petitioner consents to this motion.

At any given time, the Commission has numerous cases before this and other Circuit Courts.  As a result, the requested sixty-day briefing period facilitates efficient coordination of the Commission's case load and decreases the possibility

1

that the Commission will be required to seek an extension of time after a briefing schedule has been established.

## CONCLUSION

For the foregoing reasons, the Commission respectfully requests that the Court establish a briefing schedule that provides at least sixty days between the filing of Petitioner's opening brief and the Commission's brief in response.

Respectfully submitted,

Robert H. Solomon
Solicitor

*Matthew J. Glover*
Matthew J. Glover
Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Tel.: (202) 502-6180
Fax: (202) 273-0901
Email: matthew.glover@ferc.gov

April 20, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 159 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5), the type style requirements of Fed. R. App. P. 32(a)(6), and the recommendations of the Court in its Handbook of Practice and Internal Procedures at IX.A.6, because this motion has been prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

*/s/ Matthew J. Glover*
Matthew J. Glover
Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Tel.: (202) 502-6180
Fax: (202) 273-0901
Email: matthew.glover@ferc.gov

April 20, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the District of Columbia Circuit

by using the appellate CM/ECF system on April 20, 2023. Participants in the case

will be served by email through the Court's CM/ECF system.


*/s/ Matthew J. Glover*
Matthew J. Glover
Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Tel.: (202) 502-6180
Fax: (202) 273-0901
Email: matthew.glover@ferc.gov

April 20, 2023